# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

August 17, 2015

Mr. Jerome Joseph Schlichter
SCHLICHTER & BOGARD
Suite 900
100 S. Fourth Street
Saint Louis, MO  63102-0000

      RE:  15-2792  Ronald Tussey, et al v. ABB, et al

Dear Counsel:

      The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

      Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

      The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

      Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

      The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

      If you have any questions about the schedule or procedures for the case, please contact our office.

      Michael E. Gans
      Clerk of Court

PSA

Enclosure(s)

cc: Mr. Troy A. Doles
    Mr. Azeez Hayne
    Ms. Heather Lea
    Mr. Brian T. Ortelere
    Mr. Jeffrey Scott Russell
    Mr. Thomas E. Wack
    Ms. Kathleen Wirt
    Ms. Paige Wymore-Wynn

    District Court/Agency Case Number(s): 2:06-cv-04305-NKL

**Caption For Case Number:   15-2792**

Ronald C. Tussey; Charles E. Fisher; Timothy Pinnell

       Plaintiffs - Appellants

v.

ABB, Inc.; John W. Cutler, Jr.; Pension Review Committee of ABB, Inc.; Pension & Thrift Management Group of ABB, Inc.; Employee Benefits Committee of ABB, Inc.

       Defendants - Appellees

Fidelity Management Trust Company; Fidelity Management & Research Company

       Defendants

**Addresses For Case Participants:   15-2792**

Mr. Jerome Joseph Schlichter
SCHLICHTER & BOGARD
Suite 900
100 S. Fourth Street
Saint Louis, MO  63102-0000

Mr. Troy A. Doles
SCHLICHTER & BOGARD
Suite 900
100 S. Fourth Street
Saint Louis, MO  63102-0000

Mr. Azeez Hayne
MORGAN & LEWIS
1701 Market Street
Philadelphia, PA  19103-0000

Ms. Heather Lea
SCHLICHTER & BOGARD
Suite 900
100 S. Fourth Street
Saint Louis, MO  63102-0000

Mr. Brian T. Ortelere
MORGAN & LEWIS
1701 Market Street
Philadelphia, PA  19103-0000

Mr. Jeffrey Scott Russell
BRYAN & CAVE
3600 One Metropolitan Square
211 N. Broadway
Saint Louis, MO  63102-2186

Mr. Thomas E. Wack
BRYAN & CAVE
3600 One Metropolitan Square
211 N. Broadway
Saint Louis, MO  63102-2186

Ms. Kathleen Wirt
400 E. Ninth Street
Kansas City, MO  64106-0000

Ms. Paige Wymore-Wynn
U.S. DISTRICT COURT
U.S. Courthouse
80 Lafayette Street
Jefferson City, MO  65101