# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 15-2792

Ronald C. Tussey, et al.

Appellants

v.

ABB, Inc., et al.

Appellees

Fidelity Management Trust Company and Fidelity Management & Research Company

___

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:06-cv-04305-NKL)

___

**ORDER**

Appellees' motion to consolidate this appeal with the related attorneys' fee appeal is granted. This appeal is now consolidated with newly docketed case no. 16-1127 for purposes of oral argument and submission to the court. A separate briefing schedule will be established for appeal no. 16-1127.

January 15, 2016

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Michael E. Gans