# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 15-2792

Ronald C. Tussey, et al.

Appellants

v.

ABB, Inc., et al.

Appellees

Fidelity Management Trust Company and Fidelity Management & Research Company

------------------------------

American Association of Retired Persons

Amicus on Behalf of Appellant(s)

Securities Industry and Financial Markets Association

Amicus on Behalf of Appellee(s)


No: 16-1127

Ronald C. Tussey, et al.

Appellees

v.

ABB, Inc., et al.

Appellants

Fidelity Management Trust Company and Fidelity Management & Research Company

---

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:06-cv-04305-NKL)
(2:06-cv-04305-NKL)

---

# ORDER

The motion to stay the mandate is denied.

June 07, 2017

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans