# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 15-2792

Ronald C. Tussey, et al.

Appellants

v.

ABB, Inc., et al.

Appellees

Fidelity Management Trust Company and Fidelity Management & Research Company

------------------------------

American Association of Retired Persons

Amicus on Behalf of Appellant(s)

Securities Industry and Financial Markets Association

Amicus on Behalf of Appellee(s)

No: 16-1127

Ronald C. Tussey, et al.

Appellees

v.

ABB, Inc., et al.

Appellants

Fidelity Management Trust Company and Fidelity Management & Research Company

---

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:06-cv-04305-NKL)
(2:06-cv-04305-NKL)

---

# MANDATE

In accordance with the opinion and judgment of 03/09/2017, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

June 07, 2017

Clerk, U.S. Court of Appeals, Eighth Circuit